UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

SHABAZZ MCKUNE,

Defendant.

**ORDER**

09 Cr. 572 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As stated on the record today, the violation of supervised release proceeding is adjourned to **May 31, 2023, at 10:00 a.m.**

Dated: New York, New York
April 25, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge