UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

SHABAZZ MCKUNE,

Defendant.

**ORDER**

09 Cr. 572 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The warden of Essex County Correctional Facility is directed to provide Defendant McKune with his prescribed medications, which are Trazadone 150 mgs. and Fluoxetine 20 mgs.

Dated: New York, New York
April 25, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge