**KELLEY J. SHARKEY**

Attorney at Law

26 Court Street - Suite 2805
Brooklyn, New York  11242
Tel: (718) 858-8843
Fax: (718) 875-0053

June 5, 2023

Honorable Paul G. Gardephe
United States District Judge         U.S. v. Shabazz McKune 09 Cr. 572 (PGG)
40 Foley Square
N.Y., N.Y.

Dear Judge Gardephe:

    I write to request that I be removed from the docketing submissions of Mr. McKune's charged violations for supervised release. I have not represented him for a significant period of time. Mr. McKune is represented by able counsel Daniel McGuiness, and has been assigned to represent him since April 2023. Thank you for your consideration in this matter.

Respectfully,

/S/
Kelley J. Sharkey
Attorney for Shabazz McKune

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated: June 6, 2023